# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                         dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                         ltrust@osbornlawpc.com

May 18, 2026

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: May 19, 2026**

The briefing schedule proposed herein is ADOPTED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 19 and 20.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Acosta v. Commissioner of Social Security*
        Civil Action No. 1:21-cv-06562-PAE-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Denise Felicita-Garcia Acosta, and with the consent of the defendant, to request a 30-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on May 26, 2026, per the February 13, 2026 Court's Stipulation and Order. This is the parties' first request for an extension of time. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 25, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 23, 2026**; and

- Plaintiff to file her reply, if any, on or before: **October 7, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036               Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Valerie Figueredo
May 18, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
ltrust@osbornlawpc.com


cc: Sergei Aden, Esq. (by ECF)